Yoav M. Griver
Stuart A. Krause
William T. Marshall
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
*Attorneys for plaintiff Marcos Lopez de Prado*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS LOPEZ DE PRADO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　– against –<br><br>GUGGENHEIM PARTNERS, LLC; GUGGENHEIM INSURANCE SERVICES, LLC; GUGGENHEIM LIFE AND ANNUITY COMPANY; GUGGENHEIM INVESTMENT ADVISORS, LLC; DELAWARE LIFE INSURANCE COMPANY; DANIEL TOWRISS; DAVID TOWRISS; DALE UTHOFF; RYAN CLOUD; ERIN KING; MICHAEL BLOOM; MICHAEL MORAN; KEVIN M. ROBINSON; DAVID L. KORMAN; and ROBERT A. SAPERSTEIN,<br><br>　　　　　　　　　Defendants. | Case No. 18-cv-00058 (LTS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F. R. Civ. P. 41(a)(1)(A)** |

　　　　Pursuant to F.R. Civ. P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiff Marcos Lopez de Prado, and his counsel hereby give notice that the above-captioned action is voluntarily dismissed as against Defendants.

Dated:　New York, New York
　　　　January 16, 2018

　　　　　　　　　　　　　　　　　　ZEICHNER ELLMAN & KRAUSE LLP

　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　Yoav M. Griver
　　　　　　　　　　　　　　　　　　Stuart A. Krause
　　　　　　　　　　　　　　　　　　William T. Marshall
　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　(212) 223-0400
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　*Marcos Lopez de* Prado

Yoav M. Griver
Stuart A. Krause
William T. Marshall
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
*Attorneys for plaintiff Marcos Lopez de Prado*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS LOPEZ DE PRADO<br><br>        Plaintiff,<br><br>    against –<br><br>GUGGENHEIM PARTNERS, LLC; GUGGENHEIM INSURANCE SERVICES, LLC; GUGGENHEIM LIFE AND ANNUITY COMPANY; GUGGENHEIM INVESTMENT ADVISORS, LLC; DELAWARE LIFE INSURANCE COMPANY; DANIEL TOWRISS; DAVID TOWRISS; DALE UTHOFF; RYAN CLOUD; ERIN KING; MICHAEL BLOOM; MICHAEL MORAN; KEVIN M. ROBINSON; DAVID L. KORMAN; and ROBERT A. SAPERSTEIN,<br><br>        Defendants. | Case No. 18-cv-00058 (LTS)<br><br>**CERTIFICATE OF SERVICE** |

WILLIAM T. MARSHALL, JR. hereby certifies:

  1.  I am a partner with Zeichner Ellman & Krause LLP, counsel for Plaintiff Marcos Lopez de Prado.

  2.  On Tuesday, January 16, 2018, I caused a copy of the within Notice of Voluntary Dismissal Pursuant to F. R. Civ. P. 41(a)(1)(A) to be served upon Michael P. Roche, Esq. and Alexandra J. Schaller, Esq., of Winston & Strawn LLP, Attorneys for Defendants, 35 W. Wacker Drive, Chicago, Illinois 60601, by e-mail and by first class mail with proper prepaid postage affixed and deposited in a depository under the exclusive control of the U.S. Postal Service. A copy of same was also served by Hand Delivery to Michael P. Roche, Esq., Winston & Strawn LLP, at 200 Park Avenue, New York, New York 10166-4193 and Michael P. Roche, Esq., c/o Guggenheim Partners, LLC, 330 Madison Avenue, New York, New York 10017.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: January 16, 2018

_____
WILLIAM T. MARSHALL, JR.